# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PHILLIP PINNOCK, | ) |
|               Petitioner, | ) |
| vs. | ) Case No. CIV-07-254-M |
| ALBERTO R. GONZALES, Attorney General, *et al.*, | ) |
|               Respondents. | ) |

## ORDER

On June 22, 2007, United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus. The Magistrate Judge recommended that respondents' motion to dismiss be granted and that petitioner's action be dismissed. The parties were advised of their right to object to the Report and Recommendation by July 12, 2007. A review of the file reveals no objections have been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on June 22, 2007;

(2) GRANTS respondents' Motion to Dismiss [docket no. 9]; and

(3) DISMISSES this action.

**IT IS SO ORDERED this 24th day of July, 2007.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE